AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dow, Jr., Robert M. | U.S. District Court, Northern District of Illinois | 05/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge -- Active Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

E.M. Dirksen U.S. Courthouse
219 South Dearborn Street, Room 2303
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Director | Arthur J. Schmitt Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | State of Illinois - income as Associate Judge for the 12th Judicial Circuit of Illinois |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Emory University Law School | 1/18/18 to 1/19/18 | Atlanta, GA | Attend and present at complex litigation conference | transportation, food, lodging |
| 2. | Columbia University Law School | 3/1/18 to 3/2/18 | New York, NY | Attend and present at class action conference honoring Judge Posner | transportation, food, lodging |
| 3. | Duke University Law School | 4/25/18 to 4/26/18 | Atlanta, GA | Attend and present at confernce on amendments to FRCP | transportation, food, lodging |
| 4. | Allegheny County Bar Association | 5/15/18 to 5/16/18 | Pittsburgh, PA | Present speech on amendments to FRCP 23 | transportation, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Emory University Law School | 6/3/18 to 6/5/18 | Berkeley,CA | Attend and present at complex litigation conference | transportation, food, lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | credit card | K |
| 2. | Target | credit card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northern Trust Bank accounts | A | Interest | J | T | | | | | |
| 2. Northern Trust Bank IRA (CD) | A | Interest | J | T | | | | | |
| 3. First Commuity Bank accounts | A | Interest | J | T | | | | | |
| 4. Prudential Individual Retirement Annuity | | | | | | | | | |
| 5. -- AST Academic Strategies Asset Allocation | | None | | | Sold (part) | 10/18/18 | J | | |
| 6. | | | | | Sold | 11/01/18 | J | | |
| 7. -- AST Prudential Growth Allocation Portfolio | | None | | | Sold (part) | 10/18/18 | K | | |
| 8. | | | | | Sold | 11/01/18 | K | | |
| 9. -- AST Bond Portfolio 2025 | | None | | | Sold (part) | 10/18/18 | N | | |
| 10. | | | | | Sold | 11/01/18 | N | | |
| 11. -- AST Capital Growth Asset Allocation Portfolio | | None | | | Sold (part) | 10/18/18 | J | | |
| 12. | | | | | Sold | 11/01/18 | J | | |
| 13. -- AST RCM World Trends Portfolio | | None | | | Sold (part) | 10/18/18 | J | | |
| 14. | | | | | Sold | 11/01/18 | J | | |
| 15. Harris Bank accounts | A | Interest | J | T | | | | | |
| 16. GCG Mutual Fund | | | | | | | | | |
| 17. -- American Funds Euro Pacific Growth | | None | | | Distributed | 04/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- American Funds Fundamental Investors | A | Dividend | | | Distributed | 04/11/18 | J | | |
| 19. -- American Funds Small Cap World Fund | | None | | | Distributed | 04/11/18 | J | | |
| 20. -- American Funds Bond Fund of America | A | Dividend | | | Distributed | 04/11/18 | J | | |
| 21. -- Amiercan Funds Growth Fund of America | | None | | | Distributed | 04/11/18 | J | | |
| 22. GCG 529 Fund #1 | | | | | | | | | |
| 23. -- EuroPacific Growth Fund 529A | A | Dividend | | | Distributed | 12/18/18 | J | | |
| 24. -- American Fund New Economy Fund | | None | | | Distributed | 12/18/18 | J | | |
| 25. -- AMCAP Fund -- 529A | A | Dividend | | | Distributed | 12/18/18 | J | | |
| 26. -- American Balanced Fund -- 529A | A | Dividend | | | Distributed (part) | 07/23/18 | J | | |
| 27. | | | | | Distributed | 12/18/18 | J | | |
| 28. -- Capital Income Fund -- 529A | A | Dividend | | | Distributed (part) | 07/23/18 | J | | |
| 29. | | | | | Distributed | 12/18/18 | J | | |
| 30. GCG 529 Fund #2 | | | | | | | | | |
| 31. --American Funds Capital World G/I 529A | A | Dividend | K | T | Distributed (part) | 08/29/18 | J | | |
| 32. -- American Funds Growth Fund of America 529A | A | Dividend | K | T | Distributed (part) | 01/11/18 | J | | |
| 33. | | | | | Distributed (part) | 08/29/18 | J | | |
| 34. GCG 529 Fund #3 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- New Perspective Fund 529A | A | Dividend | K | T | Distributed (part) | 06/15/18 | J | | |
| 36. -- American Funds Fundamental Investors 529A | A | Dividend | K | T | Distributed (part) | 02/27/18 | J | | |
| 37. | | | | | Distributed (part) | 06/15/18 | J | | |
| 38. GCG 529 Fund #4 | | | | | | | | | |
| 39. -- American Funds SmallCap World Fund 529A | A | Dividend | J | T | Distributed (part) | 06/15/18 | J | | |
| 40. -- American Funds Capital Income Builder 529A | A | Dividend | J | T | Distributed (part) | 02/27/18 | J | | |
| 41. | | | | | Distributed (part) | 06/15/18 | J | | |
| 42. TD Ameritrade (HSA Bank) | | None | J | T | | | | | |
| 43. Sauk Valley Community Bank Common Stock | A | Dividend | J | T | | | | | |
| 44. Buffalo International Fund #1449 | A | Dividend | J | T | Buy (add'l) | 12/19/18 | J | | |
| 45. Buffalo Balanced (Flexible Income) Fund | A | Dividend | J | T | Buy (add'l) | 01/22/18 | J | | |
| 46. | | | | | Buy (add'l) | 02/23/18 | J | | |
| 47. | | | | | Buy (add'l) | 03/22/18 | J | | |
| 48. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 49. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 50. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 51. | | | | | Buy (add'l) | 07/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/22/18 | J | | |
| 53. | | | | | Buy (add'l) | 09/20/18 | J | | |
| 54. | | | | | Buy (add'l) | 11/20/18 | J | | |
| 55. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 56. Buffalo Small Cap Fund | A | Dividend | J | T | Buy (add'l) | 12/19/18 | J | | |
| 57. Buffalo Science & Tech (Discovery) Fund | A | Dividend | J | T | Buy (add'l) | 12/19/18 | J | | |
| 58. Buffalo Large Cap Fund | A | Dividend | J | T | Buy (add'l) | 12/19/18 | J | | |
| 59. Buffalo USA Growth Fund | A | Dividend | J | T | Buy (add'l) | 12/19/18 | J | | |
| 60. Northern Inst. Tax - Exempt | | None | J | T | | | | | |
| 61. Securian Rollover IRA Account | | | | | | | | | |
| 62. -- Federated Prime Cash Oblig Svc | | None | | | Closed | 01/09/18 | J | | |
| 63. -- Invesco Convertible Sec Fund | A | Dividend | | | Sold | 09/05/18 | J | A | |
| 64. -- Dodge & Cox Intl Fund | | None | | | Sold | 09/05/18 | J | A | |
| 65. -- Goldman Sachs Mid-Cap Value Fund (Y) | | | | | | | | | |
| 66. -- Harbor Intl Fund (Y) | | | | | | | | | |
| 67. -- Homestead Value Fund | A | Dividend | | | Sold | 09/05/18 | K | B | |
| 68. -- JP Morgan Small-Cap Growth Fund | | None | | | Sold | 09/05/18 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Loomis Sayles Strat Income Fund | A | Dividend | | | Sold | 09/05/18 | J | A | |
| 70. -- MFS Intl New Discovery Fund (Y) | | | | | | | | | |
| 71. -- Northern Small Cap Value Fund | | None | | | Sold | 09/05/18 | J | B | |
| 72. -- Oppenheimer Developing Markets | | None | | | Sold | 09/05/18 | J | B | |
| 73. -- Primecap Odyssey Growth Fund | | None | | | Sold | 09/05/18 | J | B | |
| 74. -- Principal High Yield Fund Class P | A | Dividend | | | Sold (part) | 09/05/18 | J | A | |
| 75. | | | | | Sold | 12/07/18 | J | A | |
| 76. -- Prudential Global Real Estate Fund | A | Dividend | | | Sold | 09/05/18 | J | A | |
| 77. -- T Rowe Price Blue Chip Growth | A | Dividend | | | Sold | 09/05/18 | J | D | |
| 78. -- Templeton Global Bond Fund Advisor | A | Dividend | | | Sold | 09/05/18 | J | A | |
| 79. -- Van Eck Global Hard Assets Fund (Y) | | | | | | | | | |
| 80. -- AQR | | None | | | Sold | 09/05/18 | J | A | |
| 81. -- Columbia Commodity | A | Dividend | | | Sold | 09/05/18 | J | A | |
| 82. -- Victory | | None | | | Sold | 09/05/18 | J | B | |
| 83. -- Diamond Hill | | None | | | Sold | 09/05/18 | J | A | |
| 84. -- Fidelity Advisor Intl Growth Class | A | Dividend | | | Sold | 09/05/18 | J | B | |
| 85. -- Ivy Emerging Markets (X) | | None | | | Buy | 09/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 12/07/18 | J | A | |
| 87.  -- Nuveen Small Cap (X) | | None | | | Buy | 09/05/18 | J | | |
| 88. | | | | | Sold | 12/07/18 | J | A | |
| 89.  -- Virtus Kar Small Cap Growth (X) | | None | | | Buy | 09/05/18 | J | | |
| 90. | | | | | Sold | 12/07/18 | J | A | |
| 91.  -- Alger Small Cap Focus (X) | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 92.  -- Columbia Overseas Value (X) | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 93.  -- Goldman Sachs Intl Sm Cap (X) | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 94.  -- MFS New Discovery Value Fund (X) | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 95.  -- American New World Fund (X) | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 96.  -- T Rowe Price Intnatl Discovery Fund (X) | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 97.  -- Vanguard Intl Growth Port Inv (X) | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 98.  -- Doubleline Low Duration Bond (X) | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 99.  -- Pimco Intl Bd (X) | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 100.  -- Pimco Income Fund Inst Fund (X) | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 101.  -- Vanguard Short Term Invmt Grade (X) | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 102.  -- Vanguard Inflation Protected (X) | A | Dividend | J | T | Buy | 09/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -- Wells Fargo Ultra Short Term (X) | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 104. -- Western Asset Core Plus Bond Fund (X) | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 105. -- Ishares Russell 1000 Value (X) | A | Dividend | K | T | Buy | 09/05/18 | J | | |
| 106. -- Ishares Russell 1000 Growth (X) | A | Dividend | K | T | Buy | 09/05/18 | J | | |
| 107. -- Ishares Russell 2000 ETF (X) | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 108. -- Vanguard FTSE Developed Market (X) | A | Dividend | K | T | Buy | 09/05/18 | J | | |
| 109. -- Vanguard Intl Equity Index Fund (X) | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 110. | | | | | Sold (part) | 12/10/18 | K | A | |
| 111. Sequella, Inc. | | None | M | T | | | | | |
| 112. IRX Therapeutics, Inc. | | None | L | T | | | | | |
| 113. Jackson National Life Annuity (X) | | | | | | | | | |
| 114. -- JNL/American Growth (X) | | None | L | T | Buy | 10/22/18 | L | | |
| 115. -- JNL/Double Line CAPE (X) | | None | L | T | Buy | 10/22/18 | L | | |
| 116. -- JNL/Vanguard Small CoGr (X) | | None | L | T | Buy | 10/22/18 | L | | |
| 117. -- JNL/American GlGrowth (X) | | None | K | T | Buy | 10/22/18 | K | | |
| 118. -- JNL/MC Hthcare Sector (X) | | None | K | T | Buy | 10/22/18 | K | | |
| 119. -- JNL/T.Rowe Price MidCapGr (X) | | None | K | T | Buy | 10/22/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -- JNL/MC Info Tech Sector (X) | | None | K | T | Buy | 10/22/18 | K | | |
| 121.  -- JNL/MC Sm Cap Inded (X) | | None | K | T | Buy | 10/22/18 | K | | |
| 122.  -- JNL/American Global SmCap (X) | | None | K | T | Buy | 10/22/18 | K | | |
| 123.  -- JNL/WestchesterCapEventDr (X) | | None | K | T | Buy | 10/22/18 | K | | |
| 124.  Transamerica Life Annuity (X) | | | | | | | | | |
| 125.  -- TA Jennison Growth (X) | | None | K | T | Buy | 11/12/18 | K | | |
| 126.  -- TA Morgan Stanley Capital Growth (X) | | None | K | T | Buy | 11/12/18 | K | | |
| 127.  -- TA WMC US Growth (X) | | None | K | T | Buy | 11/12/18 | K | | |
| 128.  -- TA T. Rowe Price Small Cap (X) | | None | L | T | Buy | 11/12/18 | L | | |
| 129.  -- TA Torrey Concentrated Growth (X) | | None | K | T | Buy | 11/12/18 | K | | |
| 130.  -- TA Janus Mid-Cap Growth (X) | | None | K | T | Buy | 11/12/18 | K | | |
| 131.  -- American Funds Growth Fund (X) | | None | K | T | Buy | 11/12/18 | K | | |
| 132.  -- American Funds Growth - Income Fund (X) | | None | K | T | Buy | 11/12/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IV. (continued)

Source Dates Location Purpose Items Paid or Provided

6. American Association for Justice 7/9/18 to 7/10/18 Denver, CO Discussion of possible amendments to FRCP transportation, food, lodging

7. Emory University Law School 8/7/18 to 8/10/18 Atlanta, GA Attend and present at complex litigation conference transportation, food, lodging

8. Lawyers for Civil Justice 9/14/18 Washington, DC Discussion of possible amendments to FRCP transportation, food

9. University of Miami Law School 12/6/18 to 12/8/18 Coral Gables, FL Attend and present at class action conference transportation, food, lodging

Part VII.

1. Lines 4, 16, 22, 30, 34, 38, 61, 113, and 124 are headers.

2. Line 42 is a HSA account tht has a zero balance and will be closed in 2019. I am having difficulty contacting my original contact at TD Ameritrade and may need to try a general number to close the account.

3. For lines 65, 66, 70, and 79, the (Y) indicates an asset that was closed in 2017 and thus no longer needs to be reported for 2018.

4. For lines, 85, 87, 89, 91-109, 113-123, and 125-132, the (X) indicates new assets acquired (and thus now reportable) for 2018.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Robert M. Dow, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544